## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:<br>Daniel Schneider<br>　　　　Debtor | Case No. 05-23382<br><br>Chapter: 7 |
| V2R,LLc, and Special Situations Fund, IV, LLC<br>　　　　Plaintiff<br>　　　vs<br>Daniel Schneider<br>　　　　Defendant | Adv. Pro. No. 06-1090 |

### WRIT OF EXECUTION TO THE UNITED STATES MARSHAL

Name and Address of Judgment Creditor
V2R,LLC and Special Situations
Fund, IV, LLC
C/O Valeriano Diviacchi
Diviacchi Law Offices
111 Beach Street, # 1A
Boston, MA 02111

Amount of Judgement:

**$1,418,511.00 Plus $129,270.00 Pre-Judgment Interest
Plus Post Judgment Interest at 4.94%**

Name and Address of Judgment Debtor
Daniel Schneider
122 Warren Ave.
Plymouth, MA 02360

Date of Entry of Judgment
**December 15, 2006**

**TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF MASSACHUSETTS:**
　　You are directed to levy upon the property of the above named judgment debtor to satisfy a money judgment in accordance with the attached instructions.

**TO THE JUDGEMENT DEBTOR:**
　　You are notified that federal and state exemptions may be available to you and that you have a right to seek a court order releasing as exempt any property specified in the marshal's schedule from the levy.

　　　　　　　　　　　　　　　　　James M. Lynch, Clerk of Bankruptcy Court,

　　　　　　　　　　BY: *[signature: Mary E Murray]*

DATED: November 10, 2008　　　　DEPUTY CLERK